ALEDA S. PHINNY, Respondent, v. GEORGE T. HAY and FREDERICK C. LOCKHART, Appellants.— Order affirmed, with ten dollars costs and disbursements. The provision thereon as to striking out the denials in paragraph 10 of the answer does not preclude the defendants to plead denials of the existence of any fact alleged in the complaint in order "to

---

* Laws of 1901, chap. 466, § 986, as amd. by Laws of 1906, chap. 658.— [REP.

perfect the answer as a complete affirmative defense." (See *Einstein* v. *Einstein*, 158 App. Div. 500; *Douglass* v. *Phenix Ins. Co.*, 138 N. Y. 216.) Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.